PARISI BROTHERS, INC., Appellant, *v.* ERNEST NARDONE et al., Doing Business under the Name of MARIE BAKERIES et al., Respondents.

Argued October 8, 1953; decided October 22, 1953.

584

*Garry J. Fury* and *Alfred A. Parisi* for appellant.
*William H. Pearse* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL, and VAN VOORHIS, JJ,